■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY A. PALMER, JR., Appellant.— Judgment unanimously modified on the law and facts and in the exercise of discretion by reducing the sentence to an indeterminate term of not less than 5 years nor more than 10 years, and, as modified, judgment affirmed. Memorandum: In October, 1965 appellant was sentenced as a first offender upon his plea of guilty to manslaughter, first degree, to a term of 10 to 20 years — the maximum permissible sentence (former Penal Law, § 1051). The operative facts were that in April, 1965 appellant shot and killed his wife following a quarrel. The record before us discloses a sordid story of the marital infidelity of the wife extending over a period of years. On the night of the crime defendant, who worked nights, returned home unexpectedly about midnight and found his two children (4 and 2 years of age) in the custody of a baby sitter. About four in the morning the wife arrived home in the car of another man and the quarrel ensued. At the time appellant appears to have been a decent, hard working person who was attending college during the days and making every effort to maintain his family life which was rapidly being eroded by the unfaithful wife. A chaplain at the institution where appellant is now confined expresses the opinion that defendant is a person of integrity and self honesty and that the purpose of rehabilitation envisioned at the time of sentence

**648**

has been accomplished. We conclude that justice will be served by the stated modification of sentence. (Appeal from judgment of Onondaga County Court convicting defendant of manslaughter, first degree.) Present — Marsh, J. P., Gabrielli, Moule, Bastow and Henry JJ.